*UNITED STATES DISTRICT COURT*
## *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*

---

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **HEARTLAND AUTOMOTIVE SERVICES, INC., d/b/a JIFFY LUBE** | **CASE NO: 12-2054-A** |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Decree entered on January 6, 2014, this cause is hereby dismissed.


APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 1/9/2014                              THOMAS M. GOULD
                                            Clerk of Court


                                              s/Terry L. Haley
                                          (By)  Deputy Clerk